**Supreme Court**

No. 2024-337-M.P.

In the Matter of Dennis T.      :
      Grieco, II.

**O R D E R**

On October 28, 2024, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, Dennis T. Grieco, II (also know as Dennis Grieco), filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he is aware that he is the subject of an investigation into professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment and that he is fully aware of the implications of submitting his consent. On October 29, 2024, Disciplinary Counsel filed respondent's affidavit with the Court.

Upon review of respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged and decreed that the respondent, Dennis T. Grieco, II (also known as Dennis Grieco), be and is hereby disbarred on consent from engaging in the practice of law.

The respondent is directed to comply with the mandates of Article III, Rule 15 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, and within *thirty (30) days* after the effective date of the disbarment order, respondent shall file with the Clerk of this Court an affidavit showing:

(1)   That he has fully complied with the provision of this Order and with the requirements of Article III, Rule 15;

(2)   A list of other state, federal and administrative jurisdictions to which he is admitted to practice law; and,

(3)   That he has served a copy of the affidavit upon Disciplinary Counsel. The affidavit shall also set forth the residence or other address where communications may thereafter be directed to respondent.

Justice Goldberg did not participate.

Entered as an Order of this Court this 15th day of November 2024.

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE

Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Dennis T. Grieco, II. | |
| **Case Number** | No. 2024-337-M.P. | |
| **Date Order Filed** | November 15, 2024 | |
| **Justices** | Suttell, C.J., Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Michael Lepizzera, Esq. | |

SU-CMS-02B (revised November 2022)